UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SAM MERRIMAN | CIVIL ACTION NO. 22-4254 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| ALLSTATE VEHICLE & PROPERTY INSURANCE COMPANY, ET AL | MAGISTRATE JUDGE LEBLANC |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant Allstate Indemnity Company's Motion to Dismiss with Prejudice (Record Document 24) be and is hereby **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 25th day of July, 2024.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE